# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 474 EAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
DENNIS MCKEITHAN, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.